# *Memorandum*



FILED
CLERK, U.S. DISTRICT COURT
10/15/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MRV___ DEPUTY

2:25-cr-00836-GW



| Subject:<br>United States v. SAMAN DELAFRAZ | Date:<br>October 15, 2025 |
|---|---|
| To:<br>BRIAN KARTH<br>Clerk, United States District Court<br>Central District of California | From:<br>KHALDOUN SHOBAKI<br>Assistant United States Attorney<br>National Security Division |

The above-referenced matter, being filed on October 15, 2025,

- Relates to (1) a matter that was pending in the USAO on or before January 13, 2023, the date the Honorable Stephanie S. Christensen resigned from her position as the First Assistant United States Attorney for the Central District of California; or (2) a matter in which Stephanie S. Christensen was personally involved or about which she was personally consulted while employed in the USAO (between April 2008 and July 2023).

*[signature]*

KHALDOUN SHOBAKI
Assistant United States Attorney