1 | BILAL A. ESSAYLI
First Assistant United States Attorney
2 | IAN V. YANNIELLO
Assistant United States Attorney
3 | Chief, Criminal Division
KHALDOUN SHOBAKI (Cal. Bar No. 232864)
4 | Assistant United States Attorney
National Security Division
5 |       1500 United States Courthouse
        312 North Spring Street
6 |     Los Angeles, California 90012
        Telephone: (213) 894-0759
7 |     Facsimile: (213) 894-2927
        E-mail:    khaldoun.shobaki@usdoj.gov
8 |
Attorneys for Plaintiff
9 | UNITED STATES OF AMERICA

10 |                     UNITED STATES DISTRICT COURT

11 |               FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,          No. 2:25-CR-836-GW

13 |          Plaintiff,                STIPULATION REGARDING REQUEST FOR
                                       (1) CONTINUANCE OF TRIAL DATE AND
14 |             v.                     (2) FINDINGS OF EXCLUDABLE TIME
                                       PERIODS PURSUANT TO SPEEDY TRIAL
15 | SAMAN DELAFRAZ and                 ACT
BENJAMIN DANESHGAR,
16 |                                    **CURRENT TRIAL DATE:**   11/25/2025
          Defendants.                  **PROPOSED TRIAL DATE:**  9/22/2026
17 |

18 |

19 |       Plaintiff United States of America, by and through its counsel

20 | of record, the First Assistant States Attorney for the Central

21 | District of California and Assistant United States Attorney Khaldoun

22 | Shobaki, and defendant SAMAN DELAFRAZ, both individually and by and

23 | through his counsel of record, Matthew Jacobs, and defendant BENJAMIN

24 | DANESHGAR (together, with DELAFRAZ, "defendants"), both individually

25 | and by and through his counsel of record, Alaleh Kamran and Gregory

26 | Bernstein hereby stipulate as follows:

27 |       1.    The Indictment in this case was filed on October 15, 2025.

28 | Defendants first appeared before a judicial officer of the court in

1 which the charges in this case were pending on September 16, 2025.

2 The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the

3 trial commence on or before December 24, 2025.

4     2.   On October 23, 2025, the Court set a trial date of November

5 25, 2025.

6     3.   Defendants are released on bond pending trial.  The parties

7 estimate that the trial in this matter will last approximately 12

8 days.  All defendants are joined for trial and a severance has not

9 been granted.

10     4.   By this stipulation, defendants move to continue the trial

11 date to September 22, 2026.  This is the first request for a

12 continuance.

13     5.   Defendants request the continuance based upon the following

14 facts, which the parties believe demonstrate good cause to support

15 the appropriate findings under the Speedy Trial Act:

16        a.   Defendants are charged with a violation of 18 U.S.C.

17 § 1956(h): Conspiracy to Commit Money Laundering.  The government has

18 produced discovery to the defense, including 37,037 pages of written

19 reports, documents, and records.  The government has represented that

20 it anticipates producing additional discovery, including written

21 materials, surveillance video, and images of digital devices.

22        b.   Counsel for defendants represent that additional time

23 is necessary to confer with defendants, conduct and complete an

24 independent investigation of the case, conduct and complete

25 additional legal research including for potential pre-trial motions,

26 review the discovery and potential evidence in the case, and prepare

27 for trial in the event that a pretrial resolution does not occur.

28 Defense counsel represent that failure to grant the continuance would

1  deny them reasonable time necessary for effective preparation, taking

2  into account the exercise of due diligence.

3          c.    Defendants believe that failure to grant the

4  continuance will deny them continuity of counsel and adequate

5  representation.

6          d.    The government does not object to the continuance.

7          e.    The requested continuance is not based on congestion

8  of the Court's calendar, lack of diligent preparation on the part of

9  the attorney for the government or the defense, or failure on the

10 part of the attorney for the Government to obtain available

11 witnesses.

12     6.    For purposes of computing the date under the Speedy Trial

13 Act by which defendant's trial must commence, the parties agree that

14 the time period of November 25, 2025 to September 22, 2026,

15 inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

16 (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a

17 continuance granted by the Court at defendant's request, without

18 government objection, on the basis of the Court's finding that: (i)

19 the ends of justice served by the continuance outweigh the best

20 interest of the public and defendant in a speedy trial; (ii) failure

21 to grant the continuance would be likely to make a continuation of

22 the proceeding impossible, or result in a miscarriage of justice; and

23 (iii) failure to grant the continuance would unreasonably deny

24 defendant continuity of counsel and would deny defense counsel the

25 reasonable time necessary for effective preparation, taking into

26 account the exercise of due diligence.

27     7.    Nothing in this stipulation shall preclude a finding that

28 other provisions of the Speedy Trial Act dictate that additional time

3

1  periods be excluded from the period within which trial must commence.

2  Moreover, the same provisions and/or other provisions of the Speedy

3  Trial Act may in the future authorize the exclusion of additional

4  time periods from the period within which trial must commence.

5      IT IS SO STIPULATED.

6   Dated: November 10, 2025        Respectfully submitted,

7                                   BILAL A. ESSAYLI
                                    First Assistant United States Attorney
8
                                    IAN V. YANNIELLO
9                                   Assistant United States Attorney
                                    Chief, National Security Division
10

11                                  _____
                                    KHALDOUN SHOBAKI
12                                  Assistant United States Attorney

13                                  Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA
14

15

16

17

18  //

19  //

20  //

21

22

23

24

25

26

27

28

4

I am SAMAN DELAFRAZ's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than September 22, 2026, is an informed and voluntary one.

_____        11/9/2025
MATTHEW JACOBS                          Date
Attorney for Defendant
SAMAN DELAFRAZ

I have read this stipulation and have carefully discussed it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than September 22, 2026.  I understand that I will be ordered to appear in Courtroom 9D of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on September 22, 2026 at 9:00 a.m.

_____        11/9/2025
SAMAN DELAFRAZ                          Date
Defendant

//

//

//

1    I am BENJAMIN DANESHGAR's attorney.  I have carefully discussed

2  every part of this stipulation and the continuance of the trial date

3  with my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than September 22, 2026, is

7  an informed and voluntary one.

8
alaleh kamran- /ss//                                11/08/2025
9  ALALEH KAMRAN                                    Date
GREGORY BERNSTEIN
10 Attorneys for
Defendant BENJAMIN
11 DANESHGAR

12    I have read this stipulation and have carefully discussed it

13 with my attorney.  I understand my Speedy Trial rights.  I

14 voluntarily agree to the continuance of the trial date and give up my

15 right to be brought to trial earlier than September 22, 2026.  I

16 understand that I will be ordered to appear in Courtroom 9D of the

17 Federal Courthouse, 350 W. 1st Street, Los Angeles, California on

18 September 22, 2026 at 9:00 a.m.

19
                                                    11/08/2025
20 BENJAMIN DANESHGAR                                Date
Defendant

21

22

23

24

25

26

27

28

6