1  BARRIENTOS PC
2  J. Alejandro Barrientos, SBN 346676
   Alejandro@bts.law
3  145 S. Fairfax Avenue, Suite 200-152
4  Los Angeles, CA 90036
   T. 626.551.4564
5  F. 626.427.6753
6
7  Attorneys for Defendant
   Benjamin Daneshgar

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br>BENJAMIN DANESHGAR,<br><br>　　　　　Defendant. | Case No.  2:25-MJ-05544-DUTY-2<br><br>**[PROPOSED] ORDER ON UNOPPOSED *EX PARTE* APPLICATION FOR ORDER EXTENDING TIME TO SUBMIT PROPERTY BOND** |

//

//

//

1

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Mr. Benjamin Daneshgar's *ex parte* application for an order extending time to submit a property bond is GRANTED. The property bond must be filed by November 3, 2025.

Dated: 10/21/2025  _____

Hon. Michael B. Kaufman
United States Magistrate Judge

OR

GOOD CAUSE NOT HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Mr. Benjamin Daneshgar's *ex parte* application for an order extending time to submit a property bond is DENIED.

Dated:  _____

Hon. Michael B. Kaufman
United States Magistrate Judge