# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| USA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:25-cr-00836-GW |
| v. | |
| Saman Delafraz, et al | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Criminal Cases)** |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

November 14, 2025
Date

Andre Birotte Jr.
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

_____
_____
_____

Date

United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:20-cr-00621-AB  and the present case:

[X] A. Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

[ ] B. Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

### Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials  AB  after the case number in place of the initials of the prior judge, so that the case number will read  2:25-cr-00836-AB . This is very important because documents are routed to the assigned judge by means of these initials.

cc: [ ] PSALA  [ ] PSAED  [ ] USMLA  [ ] USMSA  [ ] USMED  [ ] Previous Judge  [ ] Statistics Clerk

CR-59 (03/21)    **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Criminal Cases)**