1 | Gregory Bernstein (SBN 299204)
2 | Keller Anderle Scolnick
3 | 18300 Von Karman Avenue, Suite 930
  | Irvine, California 92612
4 | Phone: 949.476.8700
  | Email: gbernstein@kelleranderle.com
5 |
6 | Attorney for Defendant Benjamin Daneshgar

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | Case No. CR 25-836-AB |
|---|---|
| Plaintiff, | The Hon. André Birotte Jr. |
| v. | **NOTICE OF ASSOCIATION OF COCOUNSEL FOR DEFENDANT BENJAMIN DANESHGAR** |
| Saman Delafraz et al., | |
| Defendants. | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

To the Court, all parties, and their attorneys of record: please take notice that Gregory Bernstein of the law firm of Keller Anderle Scolnick LLP will be associating with Alaleh Kamran of the Law Office of Alaleh Kamran, and enters this appearance as cocounsel for defendant Benjamin Daneshgar. The name, office address, telephone number, and email address of the associated counsel are as follows:

> Gregory Bernstein (SBN 299204)
> Keller Anderle Scolnick
> 18300 Von Karman Avenue, Suite 930
> Irvine, California 92612
> Phone: 949.476.8700
> Email: gbernstein@kelleranderle.com

Attorney Alaleh Kamran concurs in the filing of this notice of association of counsel.

Respectfully submitted,

Dated: December 1, 2025

*/s/ Gregory Bernstein*
Gregory Bernstein
Attorneys for Defendant,
Benjamin Daneshgar