Alaleh Kamran (SBN 158648)
LAW OFFICES OF ALALEH KAMRAN, APC
16130 Ventura Boulevard, Suite 320
Encino, CA 91436
Telephone: (818) 986-8590
Email: alalehkamran@alalehkamran.com

Gregory Douglas Bernstein (SBN 299204)
KELLER ANDERLE SCOLNICK LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone: (949) 476-8700
Email: gbernstein@kelleranderle.com

Attorneys for Defendant, BENJAMIN DANESHGAR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　Plaintiffs,<br><br>　vs.<br><br>BENJAMIN DANESHGAR,<br><br>　　Defendants. | Case No: 2:25-CR-00836-AB-2<br><br>STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

Plaintiff United States of America, by and through Assistant United States Attorney Khaldoun Shobaki, and defendant Benjamin Daneshgar, by and through his counsels Alaleh Kamran and Gregory Douglas Bernstein, hereby stipulate and agree as follows:

1. On September 17, 2025, the Court ordered defendant released on bond with, among other things, the following conditions:

-1-

**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

      a. $250,000 appearance bond with an Affidavit of Surety Without Justification by defendant's wife, Yasmine Hosseini.

      b. $25,000 cash bond to be posted by September 22, 2025.

      c. $250,000 Affidavit of Surety with Justification with Full Deeding of Property.

2. On November 19, 2025, the Court issued an in-chambers minute order exonerating the previously-ordered $250,000 property bond and directing that a new $160,000 bond be posted by December 10, 2025.

3. The parties have conferred, and the government has reviewed the circumstances surrounding the prior property-based bond submission.

4. The parties agree that the $250,000 Affidavit of Surety Without Justification by defendant's wife, Yasmine Hosseini is sufficient to ensure defendant's appearance.

5. The parties jointly request that the Court enter an order striking the requirement for a property bond and exonerating the $25,000 cash bond. All other terms and conditions of defendant's pretrial release shall remain unchanged.

All other conditions of pretrial release shall remain unchanged.

IT IS SO STIPULATED.

Dated: December 1, 2025

Khaldoun Shobaki
Assistant United States Attorney
United States of America

Dated: 12/1/2025

Alaleh Kamran
Counsel for Defendant Benjamin Daneshgar

Dated: 12/1/2025

//GDB//
Gregory Douglas Bernstein
Counsel for Defendant Benjamin Daneshgar

**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

Alaleh Kamran, A Professional Corporation
16130 Ventura Boulevard, Suite 320
Encino, California 91436