*Alaleh Kamran, A Professional Corporation*
*16130 Ventura Boulevard, Suite 320*
*Encino, California 91436*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiffs,<br><br>vs.<br><br>BENJAMIN DANESHGAR,<br><br>  Defendants. | Case No: 2:25-CR-00836-AB-2<br><br>**[PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

Having reviewed the stipulation of the parties, the records in this matter, and good cause appearing, the Court hereby ORDERS as follows:

1. The $25,000 cash bond is exonerated.
2. The $250,000 appearance bond with an Affidavit of Surety Without Justification by defendant's wife, Yasmine Hosseini shall remain in place.
3. The $250,000 Affidavit of Surety with Justification with Full Deeding of Property condition is stricken from defendant's bond conditions.
4. All other conditions of defendant's pretrial release remain unchanged.

**IT IS SO ORDERED.**

Dated: _____            _____
                                                                Hon. Michael B. Kaufman

-1-

[PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE

United States Magistrate Judge

Presented by, Alaleh Kamran