

**FILED**
CLERK, U.S. DISTRICT COURT

**10/15/25**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MR___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STAES OF AMERICA <br><br> Plaintiff(s) <br><br> v. <br><br> BENJAMIN DANESHGAR <br><br> Defendant(s) | **CASE NUMBER** <br><br> 2:25-MJ-05544-2 <br><br> ~~(PROPOSED)~~ **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:

Benjamin Daneshgar                    ☐ Plaintiff ☒ Defendant ☐Other _____
*Name of Party*

☒ to substitute  Alaleh Kamran                                             who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

16130 Ventura Boulevard, Suite 320
_____    *Street Address*    alalehkamran@alalehkamran.com
*City, State, Zip*                                        *E-Mail Address*

Encino, CA 91436              818-986-1400              158648
*Telephone Number*            *Fax Number*              *State Bar Number*

as attorney of record instead of    J. Alejandro Barrientos, Esq.

*List **all** attorneys from same firm or agency who are withdrawing.*

is hereby ☒ **GRANTED** ☐ **DENIED**

☐ The Court hereby orders that the request of [_____]

*List **all** attorneys from same firm or agency who are withdrawing.*

[_____]

to withdraw as attorney of record for [_____]
is hereby ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated    October 15, 2025
_____

_signature_

U.S. District Judge/U.S. Magistrate Judge