CLERK, U.S. DISTRICT COURT

04/30/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ jm DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    Plaintiffs,

    vs.

BENJAMIN DANESHGAR,

    Defendants.

Case No:  2:25-CR-00836-AB-2

**AMENDED ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE**

Alaleh Kamran, A Professional Corporation
16130 Ventura Boulevard, Suite 320
Encino, California 91436

Having reviewed the stipulation of the parties, the records in this matter, and good cause appearing, the Court hereby ORDERS as follows:

1. The $25,000 cash bond is exonerated.
2. The $250,000 appearance bond with an Affidavit of Surety Without Justification by defendant's wife, Yasmine Hosseini shall remain in place.
3. The $160,000.00 Affidavit of Surety with Justification with Full Deeding of Property condition is exonerated from defendant's bond conditions.
4. All other conditions of defendant's pretrial release remain unchanged.

**IT IS SO ORDERED.**

Dated: ___04/30/2026___

_____
Hon. Michael B. Kaufman
United States Magistrate Judge

Presented by Alaleh Kamran

-1-

**[PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE**