UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No. 2:25-cr-00836-AB-2                              Date: 05/18/2026

Present: The Honorable: Micheal B. Kaufman

Interpreter N/A

| J. Muñoz | N/A | Not present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Benjamin Daneshgar - Not present | | | | Not present | | | |

**Proceedings:**

The $250,000.00 Affidavit of Surety with Justification with Full Deeding of Property condition is exonerated from defendant's bond conditions.

cc

: 00

**Initials of Deputy Clerk** jm