June 17, 2026

Dear Customer,

**2:25-CR-00836-2**

The following is the proof-of-delivery for tracking number: 873198132442

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | FedEx Location |
| **Signed for by:** | J. DANESHGAR | **Delivery Location:** | |
| **Service type:** | FedEx Express Saver | | |
| **Special Handling:** | Deliver Weekday | | LOS ANGELES, CA, |
| | | **Delivery date:** | Jun 17, 2026 09:07 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 873198132442 | **Ship Date:** | Jun 17, 2026 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**

LOS ANGELES, CA, US,

**Shipper:**

NORTH HILLS, CA, US,

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx

# Transaction Record



| TRACKING NO.: | SHIP DATE: | ESTIMATED TOTAL COST: |
|---|---|---|
| 872867567132 | Jun 9, 2026 | 13.69 USD |

## From address

**AMY PHAN**
US. DISTRICT COURT
255 E. TEMPLE ST. #1178
90012 CA LOS ANGELES
US
Phone: 2138947771
amy_phan@cacp.uscourts.gov

## To address

**JIM DANESHGAR**
5741 HESPERIA AVENUE
91316 CA ENCINO
US
Phone: 2138947771

## Package information

| Pieces | Weight | Dimensions (LxWxH) | Carriage value | Package options |
|---|---|---|---|---|
| 1 x | 0.50 lb | | | n/a |

**Packaging type:**
FedEx Envelope

**Service:**
FedEx Priority Overnight

**Pickup / drop-off type:**
I'll drop off my shipment at a FedEx location

**Special Services:**
Direct signature required

## Billing information

| | | |
|---|---|---|
| Bill transportation cost to: | ******323 | P.O. No.: |
| Bill duties, taxes and fees to: | | Invoice No.: |
| Your reference: | | Department No.: |

**Please note:** This transaction record is neither a statement nor an invoice, and does not confirm shipment tendered to FedEx or payment. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.



ORIGIN ID:EMTA    (213) 894-7771
AMY PHAN
U.S. DISTRICT COURT
255 E. TEMPLE ST. #1178
LOS ANGELES, CA 90012
UNITED STATES US

TO JIM DANESHGAR

5741 HESPERIA AVENUE

ENCINO CA 91316

(213) 894-7771
INV:
PO:
REF:
DEPT:

SHIP DATE: 09JUN26
ACTWGT: 0.50 LB
CAD: 263705722/INET4535

BILL SENDER

TRK# 0201    8728 6756 7132

WZ VNYA

WED - 10 JUN 12:00P
PRIORITY OVERNIGHT
DSR RES
91316
CA-US    BUR

FedEx Express
J261026012001uv

58KJ5/6A57/484B

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



## United States District Court
### Central District of California
### Office of the Clerk

**Natasha Alexander-Mingo**
Chief Probation and Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

June 9, 2026

Jim Daneshgar
5741 Hesperia Avenue
Encino, CA 91316

### 2:25-CR-00836-2
### BENJAMIN DANESHGAR

Dear Property Owner:

Enclosed is the Short Form Deed of Trust for **Instrument Number: 20250759838** which was posted as collateral on a bond for the above-named defendant(s). The request for full reconveyance and substitution of trustee has been executed by this office. Also enclosed is a letter addressed to the County Recorder regarding the reconveyance of the deed.

The substitution, the reconveyance deed and the letter must be taken to the County Recorder's Office to complete the reconveyance of the property back into your name. <u>Please do this as soon as possible.</u>

Very truly yours,

CLERK, U.S. DISTRICT COURT

Rhodora De Jesus
Financial Specialist

RDJ:ap

**Eastern Division**
3470 Twelfth Street, Room 134
Riverside, CA 92501

**Southern Division**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701



## United States District Court
### Central District of California
## Office of the Clerk

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Natasha Alexander-Mingo**
Chief Probation and Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

June 9, 2026

### 2:25-CR-00836-2
### BENJAMIN DANESHGAR

TO WHOM IT MAY CONCERN:

This letter is in reference to the full reconveyance issued for **Instrument Number: 20250759838** previously deeded over to the Clerk, U.S. District Court, Central District of California from Jim Daneshgar, herein called trustor(s).

There is <u>no note involved</u> in the reconveyance of the property back into the trustor's name.  The deed was recorded in favor of the Court for the sole purpose of collateral on a bail bond posted for the defendant(s) referred to above.

Therefore, you are authorized to record the subject property back to the trustors name above.

Very truly yours,

CLERK, U.S. DISTRICT COURT

Rhodora De Jesus
Financial Specialist

RDJ:ap

Eastern Division
3470 Twelfth Street, Room 134
Riverside, CA 92501

Southern Division
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701

RECORDING REQUESTED BY

FILED

10/31/2025

*20250759838*

WHEN RECORDED, MAIL TO:

2026 MAY -4  AM 9: 42

CLERK, U.S. DISTRICT COURT
255 EAST TEMPLE STREET, STE. TS-134
LOS ANGELES, CA 90012

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

(SPACE ABOVE THIS LINE FOR RECORDER'S USE)

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS
### INCORPORATING BY REFERENCE CERTAIN PROVISIONS OF A FICTITIOUS DEED OF TRUST OF RECORD

**THIS DEED OF TRUST,** Made this _____ day of _____ , _____2025_____ , between _____Jim Daneshgar_____ , herein called TRUSTOR, whose address is _____5741 Hesperia Ave. Encino, CA 91316_____ ; _____Clerk US District Court, Central District of California_____ herein called TRUSTEE; and Clerk, U.S. District Court, Central District of California, herein called BENEFICIARY;

**WITNESSETH:** That Trustor irrevocably grants, transfers and assigns to trustee in trust, with power of sale, that property in _____Encino, California_____ County, California, common address _____5741 Hesperia Ave._____ , legally described as:

APN: 2159-008-018
Tract no: 15778 Lot 167

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph B(5) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits, for the purpose of securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein under bond(s) posted on behalf of defendant(s)_____Benjamin Daneshgar_____ in Case No. _____2:25-mj-05544-DUTY_____ , which includes an obligation by said Trustor(s) surety(ies) in the amount of $ _____250,000_____ .

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A of that certain Fictitious Deed of Trust referenced herein, and it is mutually agreed that all of the provisions set forth in subdivision B of that certain Fictitious Deed of Trust recorded in the book and page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 71-10-26 | 615 | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| Contra | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego Series 5 | 1964 | 149774 | | | |

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties) are preprinted on pages 3-4 hereof and are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge thereof does not exceed the maximum allowed by law.

CR-5 (05/18)                          **SHORT FORM DEED OF TRUST**                          Page 1 of 4

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to said Trustor at the address hereinbefore set forth.

X _____     _____ Jim DANESHGAR _____
Signature of Trustor                Print Name of Trustor

X _____     _____
Signature of Trustor                Print Name of Trustor

State of _____California_____ ss.   County of _____Los Angeles_____

On __10 | 14 | 2025__ before me, __Debra Lynn Riehl-Notary Public__ personally appeared
(name, title of officer, i.e., "Jane Doe, Notary Public")

_____ Jim Daneshgar _____

proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

X _____
Signature

DEBRA LYNN RIEHL
Notary Public - California
Los Angeles County
Commission # 2527376
My Comm. Expires Aug 14, 2029

## CERTIFICATE OF RECORDATION
(To be used only by Office of the Clerk.)

This is to certify that the interest in real property conveyed by the deed dated _____
from _____ to CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, a governmental agency, is hereby accepted by order of the Court on _____ , and the grantee consents to recordation thereof by its duly authorized Deputy Clerk(s).

CLERK, UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Date _____    By Deputy _____

## REQUEST FOR FULL RECONVEYANCE
(To be used only when note has been satisfied)

Date __06|09|26__ To __Clerk, US District Court, Central District of CA__ Trustee.

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness secured by said Deed of Trust, delivered to you herewith together with the said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

Mail Reconveyance To:                    Clerk, U. S. District Court
                                         Central District of California
Jim Daneshgar
5741 Hesperia Avenue
Encino, CA 91316                         _____
                                         Deputy Clerk  Rhodora De Jesus, Financial Specialist

*Do not lose or destroy this Deed of Trust or THE NOTE which it secures.*
*Both must be delivered to the Trustee for cancellation before reconveyance will be made.*

SEE ATTACHED
ACKNOWLEDGMENT

CR-5 (05/18)              SHORT FORM DEED OF TRUST              Page 2 of 4

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL THIS DEED AND
UNLESS OTHERWISE SHOWN BELOW, MAIL TAX
STATEMENTS TO:

Name   [ Jim Daneshgar                                      ]

Street   5741 Hesperia Avenue
Address

City      Encino
State     CA
Zip       [ 91316                                           ]

Title Order No. _____   Escrow No. _____   |   SPACE ABOVE THIS LINE FOR RECORDER'S USE

## SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE

WHEREAS, Jim Daneshgar _____ was/were the

original Trustor(s), Clerk, US District Court, Central District of California _____, the original Trustee,

and Clerk, United States District Court, Central District of California, the Beneficiary, under that certain

Deed of Trust dated 2025 _____, and recorded October 31, 2025 _____, Instrument

No. 20250759838 _____, in Book NA _____, Page(s) NA _____, official records

of the County of Los Angeles _____ State of California, and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place

and stead of Clerk, US District Court, Central District of California _____, now therefore, the

undersigned hereby substitutes himself as Trustee under said Deed of Trust and does hereby reconvey,

without warranty, to the person or persons legally entitled thereto, the Estate now held by him thereunder.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Dated:   June 9, 2026 _____

By _Rhodora De Jesus, Financial Specialist_

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

State of California
County of Los Angeles

On June 9, 2026 _____ before me, Amy Phan, Deputy Clerk _____,

personally appeared -----------------------Rhodora De Jesus, Financial Specialist------------------------------- ,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are

subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/

her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s),

or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under Penalty of Perjury under the laws of the State of California that the foregoing

paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

**1247**

G-03 (05/16)          SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF Los Angeles } SS

On _____10/14/2025_____, before me,
Notary public, personally appeared ___— Tim Daneshgar —___
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

This area for official notarial seal.

DEBRA LYNN RIEHL
Notary Public - California
Los Angeles County
Commission # 2527376
My Comm. Expires Aug 14, 2029

**This page is part of your document - DO NOT DISCARD**



# 20250759838



**Pages:
0004**

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**10/31/25 AT 10:57AM**

| | |
|---|---:|
| FEES: | 53.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 53.00 |



**L E A D S H E E T**



202510311910005

00025965846



015613282

**SEQ:
01**

DAR - Counter (Upfront Scan)



**THIS FORM IS NOT TO BE DUPLICATED**

E655872